VERDICT A

Note: Complete this form by writing in the names required by your verdict.

On Plaintiff Dennis Stephenson's 2013 FMLA retaliation claim against Defendants Potterfield Group and Midway Arms, as submitted in Instruction No. 16, we find in favor of

_Defendants Potterfield Group and Midway Arms_
(Plaintiff Dennis Stephenson)   or   (Defendants Potterfield Group and Midway Arms)

Note: Complete the following paragraph only if the above finding is in favor of the Plaintiff.

On Plaintiff's 2013 FMLA retaliation claim,

We find the actual damages to be:

For failure to receive a raise, $_____ (state the amount).
For failure to receive a bonus, $_____ (state the amount).
Total, $_____ (state the amount).

Dated: 11/18/16

_Niko L. Thompson_
Foreperson

# VERDICT B

Note: **Complete this form by writing in the names required by your verdict.**

On Plaintiff Dennis Stephenson's 2015 FMLA retaliation claim against Defendants Potterfield Group and Midway Arms, as submitted in Instruction No. 19, we find in favor of

_Defendants Potterfield Group and Midway Arms_
(Plaintiff Dennis Stephenson)   or   (Defendants Potterfield Group and Midway Arms)


Note: **Complete the following paragraph only if the above finding is in favor of the Plaintiff.**

On Plaintiff's 2015 FMLA retaliation claim,

We find the actual damages to be:

$_____ (state the amount).


Dated: 11/18/16

_Mike L. Thompson_
Foreperson